SCANNED at MCF and Emailed on
_____ by _____
(date)     (initials)   (num)
Page 1

ProSe 14 (InND Rev 1/20)

# UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF INDIANA

*[This form is for prisoners to sue for civil rights violations. NEATLY print in ink (or type) your answers.]*

Taiwan A. Cham Sr.

*[You are the PLAINTIFF, print your full name on this line.]*

v.

Miami Correctional Facility

*[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]*

Case Number _____3:23-cv-27_____

*[For a new case in this court, leave blank. the court will assign a case number.]*

*[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]*

## PRISONER COMPLAINT

| # | Defendant's Name and Job Title | Work Address |
|---|---|---|
| 1 | *[Put the defendant named in the caption in this box.]* Miami Correctional Facility | 3038 West 850 South Bunkerhill, In 46914 |
| 2 | *[Put the names of any other defendants in these boxes.]* | |
| 3 | | |

*[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and work address of each defendant in a separate box as shown here.]*

1. How many defendants are you suing? __1__

2. What is the name and address of your prison or jail? Miami Correctional Facility 3038 West 850 South Bunkerhill, In 46914

3. Did the event you are suing about happen there? ☑ Yes. ○ No, it happened at: _____

4. On what date did this event occur? December 19th 2022

*[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]*

Pro Se 14 (IN/ND Rev: 2/20)

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

DO NOT: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how each defendant violated your rights.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

DO NOT: Include social security numbers, dates of birth, or the names of minors.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [The first paragraph has been numbered for you.]

1. I was jumped on by two inmates and they messed up my ribs, back and my pelvis and a nurse was called to the unit instead of calling me out. The Sgt. told the nurse to say that their wasn't anything wrong with me and she did. It happened on December 10th 2022 at Miami Correctional facility in p-cellhouse and my rights not violated cause sfe listened to a correctional officer instead of doing her job the right way. My spine & pelvis and ribs are damaged

Pro Se 14 (Rev. 12/16)

Claims and Facts (continued)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

*[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]*

Pro Se 14 (INND Rev. 2/20)

5. When did this event happen?

○ Before I was confined.

○ While I was confined awaiting trial.

☑ After I was convicted while confined serving the sentence.

○ Other: _____

6. Have you ever sued anyone for this exact same event?

☑ No.

○ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

7. Could you have used a prison grievance system to complain about this event? ☑ No, this event is not greivable at this prison or jail.

○ Yes, I filed a grievance and attached is a copy of the response from the final step.

○ Yes, this event was greivable, but I did not file a grievance because _____

_____

_____

8. If you win this case, what do you want the court to order the defendant(s) to do?
   [NOTE: A case filed on this form will not overturn your conviction or change your release date.]

Go back to school and get they nursing
licenses again & then treat people right and
do they job right

[Initial Each Statement]

I C   I will pre-pay the filing fee OR file a prisoner motion to proceed informa pauperis.

I C   I will keep a copy of this complaint for my records.

I C   I will promptly notify the court of any change of address.

I C   I WILL NOT send more than one copy of any filing to the court.

I C   I WILL NOT send summons, USM-285, or waiver forms to the clerk.

I C   I declare under penalty of perjury that the statements in this complaint are true.

I placed this complaint in the prison mail system on  1 / 9 /20 23  at _____ am/pm.

[Do not fill in this date and time until you give the complaint to prison officials to send to the court.]

Towonda A. Chism Dc.                              # 197082

Signature                                          Prisoner Number

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]