AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

TAYUAN A CHISM, SR
    Plaintiff

v.   Civil Action No. 3:23-cv-27

MIAMI CORRECTIONAL FACILITY
    Defendant

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post-judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

**X** Other:  This case is DISMISSED WITHOUT PREJUDICE.

This action was (*check one*):

☐ tried to a jury with _____

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by  Chief Judge Jon E DeGuilio

DATE:  6/21/2023                           CHANDA J. BERTA, CLERK OF COURT

                                                                    by   /s/ S. Kowalsky
                                                                       *Signature of Clerk or Deputy Clerk*